

# Fourth Court of Appeals
## San Antonio, Texas

October 28, 2016

No. 04-16-00537-CV

Luis **BENAVIDES**,
Appellant

v.

**THE CITY OF SAN ANTONIO** and Ernest Lane,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-06386
Honorable Peter Sakai, Judge Presiding

# O R D E R

On October 12, 2017, we ordered appellant to provide written proof to this court that the fee for preparing the clerk's record had been paid or that arrangements had been paid to pay the fee. On October 19, 2016, appellant provided written proof to this court that the fee for preparing the clerk's record had been paid. Therefore, the trial court clerk is ORDERED to file the clerk's record **on or before November 18, 2016**.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of October, 2016.

_____
Keith E. Hottle
Clerk of Court